UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENT G. LEHMAN,

Plaintiff,

v.

SANTA ANA POLICE DEPARTMENT et al,

Defendant.

Case No. 8:26-cv-00731-JLS-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered **DISMISSING** this action without prejudice.

Dated: October 30, 2026

HONORABLE JOSEPHINE L. STATON
United States District Judge