JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT G. LEHMAN,<br>Plaintiff,<br>v.<br>SANTA ANA POLICE DEPARTMENT et al,<br>Defendant. | CASE NO. 8:26-cv-00731-JLS-MAR<br><br>JUDGMENT |

It is the judgment of this Court that this action is **DISMISSED** without prejudice.

DATED: October 30, 2026

HONORABLE JOSEPHINE L. STATON
United States District Judge